**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **BANCO BILBAO VIZCAYA ARGENTARIA,**<br><br>    Appellant,<br><br>        v.<br><br>**NOREEN WISCOVITCH-RENTAS**<br>    Appellee. | **Civil No. 08-2323 (GAG)**<br><br><br>**Bankruptcy No. 05-13056 (ESL)** |

### JUDGMENT

Pursuant to the court's Opinion and Order issued on this date (Docket No. 8) judgment is hereby entered affirming the Bankruptcy Court's Decision and Order of October 27th, 2008. This case is now closed.

**SO ORDERED**.

In San Juan, Puerto Rico this 8th day of May, 2009.

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPI
United States District Judge